Jonathan L. Kuhn (JS-4674)
Jonathan L. Israel (JI-5882)
Alejandro C. Gigante (EG-7402)
AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, New York 10022
(212) 872-1000

*Attorneys for Defendants United Parcel Service, Inc., United Parcel Service of America, Inc., and United Parcel Service Co.*



OFFICE COPY

08 CV 2160

ECFCASE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEITH MURRAY

    Plaintiff,

-against-

UNITED PARCEL SERVICE OF AMERICA, INC., UNITED PARCEL SERVICE, INC., UNITED PARCEL SERVICE CO., THOMAS CLEARY and JILLIAN DEDIER,

    Defendants.

No. _____

**RULE 7.1 STATEMENT OF DEFENDANTS UNITED PARCEL SERVICE, INC., UNITED PARCEL SERVICE OF AMERICA, INC., AND UNITED PARCEL SERVICE CO.**

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants United Parcel Service, Inc., United Parcel Service of America, Inc., and United Parcel Service Co., states as follows:

  United Parcel Service, Inc., a publicly-held Delaware corporation, is the ultimate parent of Defendant United Parcel Service, Inc., a New York corporation, Defendant United Parcel Service of America, Inc., a Delaware corporation, and Defendant United Parcel Service Co., a

Delaware corporation. No other publicly held corporations own 10% or more of Defendants' stock.

Dated: New York, New York
March 4, 2008

                                        Respectfully submitted,

                                        *[signature]*

                                        Jonathan L. Sulds (JS-4674)
                                        Jonathan L. Israel (JI-5882)
                                        Evandro C. Gigante (EG-7402)
                                        AKIN GUMP STRAUSS HAUER AND FELD LLP
                                        590 Madison Avenue
                                        New York, New York 10022
                                        (212) 872-1000 (telephone)
                                        (212) 872-1002 (facsimile)

                                        *Attorneys for Defendants United Parcel Service, Inc., United Parcel Service of America, Inc., and United Parcel Service Co.*