Jonathan L. Sulds (JS-4674)
Jonathan L. Israel (JI-5882)
Evandro C. Gigante (EG-7402)
AKIN GUMP STRAUSS HAUER AND FELD LLP
590 Madison Avenue
New York, New York 10022
(212) 872-1000 (telephone)
(212) 872-1002 (facsimile)

*Attorneys for Defendants United Parcel Service, Inc., United Parcel Service of America, Inc., and United Parcel Service Co.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEITH MURRAY

    Plaintiff,

-against-

UNITED PARCEL SERVICE OF AMERICA, INC., UNITED PARCEL SERVICE, INC., UNITED PARCEL SERVICE CO., THOMAS CLEARY and JILLIAN DEDIER,

    Defendants.

No. 08CV 2160

*Removed From:*

SUPREME COURT OF NEW YORK
COUNTY OF BRONX

State Court Index No. 08-300850

### CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of March 2008, I caused a true and correct copy of the Notice of Removal of Civil Action on behalf of Defendants United Parcel Service, Inc., United Parcel Service of America, Inc., and United Parcel Service Co., to be served by United Parcel Service overnight delivery upon the following:

    Adam Richards, Esq.
    ADAM RICHARDS L.L.C.
    40 Fulton Street, 7th Floor
    New York, New York 10038.
    *Attorney for Plaintiff Keith Murray*

Dated: March 4, 2008
  New York, New York

                               _____
                               Evandro C. Gigante (EG-7402)
                               AKIN GUMP STRAUSS HAUER AND FELD LLP
                               590 Madison Avenue
                               New York, New York  10022
                               (212) 872-1000 (telephone)
                               (212) 872-1002 (facsimile)

                               *Attorneys for Defendants United Parcel Service, Inc., United Parcel Service of America, Inc., and United Parcel Service Co.*