Richard J. Rabin (RR-0037)
Evandro C. Gigante (EG-7402)
AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, New York 10022
(212) 872-1000 (tel)
(212) 872-1002 (fax)
E-mail: rrabin@akingump.com
         egigante@akingump.com

*Attorneys for Defendants United Parcel Service,
Inc., United Parcel Service of America, Inc., and
United Parcel Service Co.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
                                                                     :
KEITH MURRAY,                                                        :  No. 08-CV-2160(LAK)(DFE)
                                                                     :
                                        Plaintiff,                   :
                                                                     :
         -against-                                                   :
                                                                     :  **NOTICE OF APPEARANCE**
UNITED PARCEL SERVICE OF AMERICA,                                    :
UNITED PARCEL SERVICE, INC., UNITED                                  :
PARCEL SERVICE CO., THOMAS CLEARY and                                :
JILLIAN DEDIER,                                                      :
                                                                     :
                                        Defendants.                  :
                                                                     :
-------------------------------------------------------------------- x

**PLEASE TAKE NOTICE** that the undersigned counsel hereby enters his appearance in this matter on behalf of Defendants United Parcel Service of America, United Parcel Service, Inc., United Parcel Service Co. ("UPS"), as counsel of record, and requests that all papers be served upon the undersigned.

   **PLEASE TAKE FURTHER NOTICE** that the filing of this Notice of Appearance is made without waiver of or prejudice to any defenses that Defendants may have in this action.

Dated: New York, New York
       May 8, 2008

                                    AKIN GUMP STRAUSS HAUER & FELD LLP

By: _____
      Richard J. Rabin (RR-0037)
      590 Madison Avenue
      New York, New York 10022
      (212) 872-1000 (tel)
      (212) 872-1002 (fax)

*Attorneys for Defendants United Parcel Service, Inc., United Parcel Service of America, Inc., and United Parcel Service Co.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Appearance was served via electronic mail and UPS Next Day Delivery this 8th day of May 2008 on the following:

Adam Richards
ADAM RICHARDS LLC
40 Fulton Street, 7th Floor
New York, New York 10038
(212) 233-4400 (tel)

*Counsel for Plaintiff Keith Murray*

By: _____
Evandro C. Gigante (EG-0937)
AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, New York 10022
(212) 872-1000 (tel)
(212) 872-1002 (fax)
E-mail: egigante@akingump.com

*Attorneys for Defendants United Parcel Service, Inc., United Parcel Service of America, Inc. and United Parcel Service Co.*