```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/08
```

KAPLAN, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEITH MURRAY

    Plaintiff,

-against-

UNITED PARCEL SERVICE OF AMERICA,
INC., UNITED PARCEL SERVICE, INC.,
UNITED PARCEL SERVICE CO., THOMAS
CLEARY and JILLIAN DEDIER,

    Defendants.

No. 08-CV-2160 (LAK) (DFE)

**STIPULATION DISMISSING
ACTION AS AGAINST
DEFENDANT THOMAS CLEARY
WITHOUT PREJUDICE**

  IT HEREBY IS STIPULATED AND AGREED, by and between counsel for Plaintiff Keith Murray and Defendant Thomas Cleary that pursuant to F.R.C.P. 41(a)(1)(ii), the above-captioned action as against Defendant Thomas Cleary is hereby dismissed without prejudice, with the parties to bear their own fees and costs.

Dated: June 19, 2008
   New York, New York

AKIN GUMP STRAUSS HAUER & FELD LLP

By: _____
Richard J. Rabin (RR-6057)
Evandro Gigante (EG-7402)
590 Madison Avenue
New York, New York 10022
(212) 872-1000 (tel)
(212) 872-1002 (fax)

*Attorneys for Defendant Thomas Cleary*

ADAM RICHARDS LLC

By: _____
Adam Richards, Esq.
40 Fulton Street, 7th Floor
New York, New York
(212) 233-4400

*Attorney for Plaintiff Keith Murray*

SO ORDERED:

Date: 6/23/08

HON. ~~LEWIS A. KAPLAN~~ U.S.D.J.
Sidney H. Stein.

Part I