```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEITH MURRAY

        Plaintiff,

-against-

UNITED PARCEL SERVICE OF AMERICA, INC., UNITED PARCEL SERVICE, INC., UNITED PARCEL SERVICE CO., THOMAS CLEARY and JILLIAN DEDIER,

        Defendants.

No. 08-CV-2160 (LAK) (DFE)

**STIPULATION DISMISSING ACTION AS AGAINST DEFENDANT JILLIAN DEDIER WITH PREJUDICE**

IT HEREBY IS STIPULATED AND AGREED, by and between counsel for Plaintiff Keith Murray and Defendant Jillian Dedier that pursuant to F.R.C.P. 41(a)(1)(ii), the above-captioned action as against Defendant Jillian Dedier is hereby dismissed with prejudice, with the parties to bear their own fees and costs. This stipulated dismissal with prejudice shall supersede any prior discontinuance of this action as against Defendant Dedier without prejudice.

Dated: June 19, 2008
New York, New York

AKIN GUMP STRAUSS HAUER & FELD LLP

By: _____
Richard J. Rabin (RR-0017)
Evandro Gigante (EG-7402)
590 Madison Avenue
New York, New York 10022
(212) 872-1000 (tel)
(212) 872-1002 (fax)

*Attorneys for Defendant Jillian Dedier*

ADAM RICHARDS PLLC

By: _____
Adam Richards, Esq.
40 Fulton Street, 7th Floor
New York, New York
(212) 233-4400

*Attorney for Plaintiff Keith Murray*

SO ORDERED:

Date: 6/23/08

_____
HON. LEWIS A. KAPLAN, U.S.D.J
Sidney H. Stein
Part I