ADAM RICHARDS LLC
Adam Richards (AR-2489)
40 Fulton Street, 7th Floor
New York, New York 10038
Telephone: (212) 233-4400
adam@arichardslaw.com

Attorneys for Plaintiff Keith Murray

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEITH MURRAY,<br><br>                              Plaintiff,<br><br>- against -<br><br>UNITED PARCEL SERVICE OF AMERICA, INC., UNITED PARCEL SERVICE, INC., UNITED PARCEL SERVICE CO., THOMAS CLEARY and JILLIAN DEDIER,<br><br>                              Defendants. | **Index No. 08 CV 02160 (LAK)(DFE)** |

## NOTICE OF APPEARANCE

To the clerk of the court and all parties of record in this case:

Please enter my appearance as counsel of record in the case for Plaintiff Keith Murray.

I certify that I am admitted to practice before this Court.

Dated: New York, New York
       July 2, 2008

                                                  ADAM RICHARDS LLC

                                By:    /s Adam Richards
                                            Adam Richards (AR-2489)
                                            40 Fulton Street, 7th Floor
                                            New York, New York 10038
                                            Telephone: (212) 233 4400
                                            Fax: (212) 233 4405
                                            adam@arichardslaw.com