**adam@arichardslaw.com**

**From:** adam@arichardslaw.com
**Sent:** Thursday, June 19, 2008 10:04 PM
**To:** 'Gigante, Evandro'
**Subject:** Confidential Informant

Evandro: Please immediately prepare the protective order you require for the disclosure of the "Confidential Informant" you repeatedly refer to in the discovery materials provided today. Surely this could have been provided for in the protective order we already prepared and negotiated n this case? Let's try and resolve not to play these types of games going forward.

Thanks.

Adam.

Adam Richards
ADAM RICHARDS LLC
40 Fulton Street, 7th Floor
New York, New York 10038
T: 212.233.4400
F: 212.233.4405
E: adam@arichardslaw.com
W: www.arichardslaw.com