UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
KEITH MURRAY,

      Plaintiff,

      -against-

                                  INDEX NO. 08-CV-02160 (LAK)

UNITED PARCEL SERVICE OF AMERICA, INC.,
UNITED PARCEL SERVICE, INC., UNITED
PARCEL SERVICE CO., THOMAS CLEARY AND
JILLIAN DEDIER,

      Defendants.
---------------------------------------------------------------- X

## STIPULATED PROTECTIVE ORDER

**IT IS HEREBY STIPULATED AND AGREED** by and among the Parties and their respective Counsel that:

1.    Counsel for Defendants United Parcel Service, Inc., United Parcel Service of America, Inc. and United Parcel Service Co. (collectively, "UPS Defendants") agree to disclose to Plaintiff the identity of the "Confidential Informant" (as indicated in UPS Defendants' Supplemental Initial Disclosures) provided that Plaintiff agree that (a) UPS employees currently or formerly employed in the UPS Security Department will not be asked (and will not be required) to identify the Confidential Informant by name, or other identifying means, in any deposition or other testimony given in this matter, and (b) Plaintiff will not reveal the identity of the Confidential Informant to any current or former employees of UPS. During the course of any depositions or testimony given by current or former employees of the UPS Security Department, such informant shall be referred to only as the "Confidential Informant."

2. Plaintiff further agrees not to disclose or otherwise reveal the identity of the Confidential Informant to others outside the scope of the parties to this litigation, and UPS Defendants' disclosure of the Confidential Informant's identity shall be deemed Confidential pursuant to the Confidentiality Agreement and Order signed by the parties on June 11, 2008, and so Ordered by the Court on June 12, 2008.

3. The undersigned hereby consent to the form and substance of this Stipulated Protective Order.

Dated: New York, New York
       June ___, 2008

By: _____
   Richard J. Rabin (RR-0037)
   Evandro C. Gigante (EG-7402)
   AKIN GUMP STRAUSS HAUER & FELD LLP
   590 Madison Avenue
   New York, New York 10022
   (212) 872-1000 (tel)
   (212) 872-1002 (fax)
   E-mail: rrabin@akingump.com
           egigante@akingump.com

*Attorneys for Defendant United Parcel Service, Inc., United Parcel Service of America, Inc. and United Parcel Service Co.*

By: _____
   Adam Richards, Esq.
   ADAM RICHARDS LLC
   40 Fulton Street, 7th Floor
   New York, New York 10038
   (212) 233-4400 (tel)

*Attorneys for Plaintiff Keith Murray*

SO ORDERED:

_____
   U.S.D.J.

2