Kaplan, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
KEITH MURRAY,

                Plaintiff,        NO. 08-CV-02160 (LAK)

-against-

UNITED PARCEL SERVICE OF AMERICA, INC.,      **STIPULATION**
UNITED PARCEL SERVICE, INC., AND UNITED
PARCEL SERVICE CO.,

                Defendants.
------------------------------------------------------------- x
------------------------------------------------------------- x
UNITED PARCEL SERVICE, INC.,

              Third-Party Plaintiff,

-against-

JOSE BEATO,

              Third-Party Defendant.
------------------------------------------------------------- x

[Stamp: JUL 25 2008 JUDGE KAPLAN'S CHAMBERS]

     **IT IS HEREBY STIPULATED AND AGREED** by and among the Parties and their respective Counsel that:

    1.    Pursuant to the Court's Scheduling Order dated April 23, 2008, the parties are currently scheduled to complete discovery on or before August 8, 2008 and file a Joint Pretrial Order with the Court on or before October 1, 2008.

    2.    Counsel for Plaintiff and Defendants United Parcel Service, Inc., United Parcel Service of America, Inc. and United Parcel Service Co. (collectively, "UPS") hereby consent

[Stamp: USDS SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: _____ / DATE FILED: 7/28/08]

to a request extending the discovery schedule as follows: all discovery, including any depositions of experts, shall be completed on or before November 7, 2008; and a Joint Pretrial Order in the form prescribed in Judge Kaplan's individual rules shall be filed on or before January 15, 2009.

3. The undersigned hereby consent to the form and substance of this Stipulation.

*No FURTHER EXTENSIONS*

Dated: July 25, 2008
New York, New York

AKIN GUMP STRAUSS HAUER & FELD LLP

By: _____
Richard J. Rabin (RR-0037)
Evandro Gigante (EG-7402)
590 Madison Avenue
New York, New York 10022
(212) 872-1000 (tel)
(212) 872-1002 (fax)

*Attorneys for Defendants United Parcel Service, Inc., United Parcel Service of America, Inc. and United Parcel Service Co.*

ADAM RICHARDS LLC

By: _____
Adam Richards, Esq.
40 Fulton Street, 7th Floor
New York, New York
(212) 233-4400

*Attorney for Plaintiff Keith Murray*

SO ORDERED:

Date: 7/28/08

_____
HON. LEWIS A. KAPLAN, U.S.D.J.