ADAM RICHARDS LLC
Adam Richards (AR-2489)
40 Fulton Street, 7th Floor
New York, New York 10038
Telephone: (212) 233-4400
adam@arichardslaw.com

Attorneys for Plaintiff Keith Murray

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEITH MURRAY,<br><br>　　　　　　　　　Plaintiff,<br><br>　- against -<br><br>UNITED PARCEL SERVICE OF AMERICA, INC., UNITED PARCEL SERVICE, INC., and UNITED PARCEL SERVICE CO.,<br><br>　　　　　　　　　Defendants. | **Index No. 08 CV 02160 (LAK)(DFE)** |
| UNITED PARCEL SERVICE, INC.,<br><br>　　　　　　　Third-Party Plaintiff,<br><br>　- against -<br><br>JOSE BEATO,<br><br>　　　　　　　Third-Party Defendant. | |

　　　　PLEASE TAKE NOTICE that upon the annexed declaration of Adam Richards and the exhibits attached thereto, and the pleadings had herein, Plaintiff Keith Murray, by his attorneys Adam Richards LLC, will move this Court before the Honorable Lewis A. Kaplan, United States District Judge for the Southern District of New York, for an Order, pursuant to Fed. R. Civ. P. 12(b)(6) dismissing the counterclaim of Defendants United Parcel Service of America, Inc., United Parcel Service, Inc. and United Parcel Service

2

Co. (collectively the "UPS Defendants") for failure to state a claim upon which relief can be granted and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
August 15, 2008

                             ADAM RICHARDS LLC

By:   /s Adam Richards
       Adam Richards (AR-2489)
       Attorneys for Plaintiff
       Keith Murray
       40 Fulton Street, 7th Floor
       New York, New York 10038
       Telephone: (212) 233 4400
       Fax: (212) 233 4405
       adam@arichardslaw.com