KAPLAN, J

AUG 25 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
KEITH MURRAY,

      Plaintiff,  : NO. 08-CV-02160 (LAK)

   -against-

UNITED PARCEL SERVICE OF AMERICA, INC., : **STIPULATION**
UNITED PARCEL SERVICE, INC., AND UNITED
PARCEL SERVICE CO.,

      Defendants.
-------------------------------------------------------------- x
-------------------------------------------------------------- x
UNITED PARCEL SERVICE, INC.,

      Third-Party Plaintiff,

   -against-

JOSE BEATO,

      Third-Party Defendant.
-------------------------------------------------------------- x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ___
DATE F__: 8/29/08

  **IT IS HEREBY STIPULATED AND AGREED** by and among the Parties and their respective Counsel that:

  1. On August 15, 2008, Plaintiff Keith Murray filed a motion to dismiss the counterclaim filed by Defendants United Parcel Service, Inc. United Parcel Service of America, Inc. and United Parcel Service Co (collectively "UPS").

  2. In connection with said motion, counsel for the parties hereby consent to extending the time for UPS to file and serve its opposition, if any, until September 8, 2008.

The parties further agree that Plaintiff will have until September 17, 2008 to file and serve his reply on said motion, if any.

3. The undersigned hereby consent to the form and substance of this Stipulation.

Dated: August 21, 2008
New York, New York

AKIN GUMP STRAUSS HAUER & FELD LLP

By: _____
Richard J. Rabin (RR-0027)
Evandro Gigante (EG-7402)
590 Madison Avenue
New York, New York 10022
(212) 872-1000 (tel)
(212) 872-1002 (fax)

*Attorneys for Defendants United Parcel Service, Inc., United Parcel Service of America, Inc. and United Parcel Service Co.*

ADAM RICHARDS LLC

By: _____
Adam Richards (AR-2489)
40 Fulton Street, 7th Floor
New York, New York
(212) 233-4400

*Attorney for Plaintiff Keith Murray*

SO ORDERED:

Date: August 28, 2008

_____
HON. ~~LEWIS A. KAPLAN~~, U.S.D.J.
Paul A. Crotty
Part I